BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant ARELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-00-0374 WHA |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER MODIFYING |
| ) | DEFENDANT'S CONDITIONS OF |
| v. ) | SUPERVISED RELEASE |
| ) | |
| FRANCISCO ARELLANO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On August 28, 2006, United States Probation filed a petition notifying the Court of alleged violations of the defendant's conditions of supervised release. On September 19, 2006, the parties appeared before the Court for a hearing on the alleged violations. At the hearing, the defendant admitted the alleged violations and the Court ordered that the defendant's conditions of supervised release be modified.

Specifically, the Court orders that the conditions of supervised release be modified as follows:

(1) The defendant shall reside at a halfway house for a period of ninety days. The defendant shall report to the halfway house on or before Monday, September 25, 2006. The location of the halfway house shall be determined by the probation officer.

CR 00-0374 WHA; ORDER MODIFYING
CONDITIONS OF SUPERVISED RELEASE      1

    (2)    The defendant shall participate in a program of narcotics testing and treatment as directed by the probation officer. The defendant shall submit to random urinalysis or other form of narcotics testing at least six times per month as directed by the probation officer.

    (3)    The defendant shall make monthly payments toward his restitution obligation as directed by the probation officer.

All other conditions shall remain in effect. The parties are directed to appear for a status conference on January 9, 2007 at 2:00 PM.

IT IS SO ORDERED.

Dated: September 22, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

CR 00-0374 WHA; ORDER MODIFYING
CONDITIONS OF SUPERVISED RELEASE    2