BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ARELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-00-0374 WHA |
| Plaintiff, | DEFENDANT'S REQUEST AND [PROPOSED] ORDER GRANTING REQUEST FOR DISCLOSURE OF PRESENTENCE REPORT |
| v. | |
| FRANCISCO ARELLANO, | |
| Defendant. | |

Defendant Francisco Arellano is before the Court on allegations that he violated the conditions of his supervised release. Undersigned counsel has been unable to locate a copy of the presentence report that was prepared in advance of Mr. Arellano's sentencing, which occurred on February 13, 2001. Review of this report is essential to effective preparation of Mr. Arellano's defense in this matter because it bears on the advisory sentencing range under the Sentencing Guidelines and because it contains information about Mr. Arellano's background and upbringing that remains relevant at this stage of the proceedings.

Mr. Arellano's probation officer has advised undersigned counsel that she can disclose a copy of the presentence report pursuant to a court order authorizing such disclosure. Accordingly, Mr. Arellano respectfully requests that the Court enter an order authorizing United

CR-00-0374 WHA; REQUEST FOR ORDER
RE: DISCLOSURE OF PSR                     1

1 States Probation to disclose a copy of Mr. Arellano's presentence report to undersigned counsel

2 for use in connection with Mr. Arellano's representation in this matter.

3 Dated: January 3, 2007

4            Respectfully submitted,

5            BARRY J. PORTMAN
           Federal Public Defender

6

           /s/

7

           JOSH COHEN
8            Assistant Federal Public Defender

9
### ORDER
10
 Accordingly, and for good cause shown, it is hereby ordered that United States Probation
11
shall disclose a copy of Mr. Arellano's presentence report in case number CR-00-0374 WHA to
12
defense counsel for use in connection with Mr. Arellano's representation in this matter.
13
 IT IS SO ORDERED.
14
Dated: January 3, 2006

15            _____
           WILLIAM H. ALSUP
           UNITED STATES DISTRICT JUDGE

CR-00-0374 WHA; REQUEST FOR ORDER
RE: DISCLOSURE OF PSR     2